FILED
CEDAR RAPIDS HDQTRS. OFFICE
NORTHERN DISTRICT OF IOWA

JUN 19 1979

K. W. FUELLING, CLERK
By: Patsy Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR 79-3007 |
| v. | ) | |
| KENNETH JAY STILL, | ) | INDICTMENT |
| Defendant. | ) | (18 USC 1542) |

The Grand Jury charges:

On or about the 16th day of December, 1977, at Rockwell City, Calhoun County, in the Central Division of the Northern District of Iowa, KENNETH JAY STILL, in violation of Title 18, United States Code, Section 1542, did wilfully and knowingly make a false statement in an application for a passport with intent to induce and secure for his own use the issuance thereof under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that, in such application, executed by him at a passport agency of the United States at Rockwell City, Iowa, in the name of "Allan Carroll Porter", KENNETH JAY STILL stated that his name was "Allan Carroll Porter", whereas, in truth and fact, as he then knew, his name was not "Allan Carroll Porter".

A True Bill

S/

Foreman

ASHER E. SCHROEDER, Assistant United
States Attorney, Northern District of Iowa

PRESENTED IN OPEN COURT
--BY THE--
FOREMAN OF THE GRAND JURY
IN THE PRESENCE OF THE
GRAND JURY

And filed by me this 19th

day of June, 1979

Patsy Smith, Deputy Clerk

Case 3:79-cr-03007-DEO   Document 1   Filed 06/19/79   Page 1 of 1