# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KENNETH JAY STILL,<br><br>　　　　Defendant. | No. CR79-3007-DEO<br>No. CR79-4012-DEO<br><br>**ORDER** |

_____

The motion (Doc. No. 17) of attorney William Binkard to withdraw from representing the above-named defendant is **granted**. The Clerk of Court is directed to appoint another attorney to represent the defendant.

**IT IS SO ORDERED.**

**DATED** this 22nd day of June, 2005.

*[signature: Paul A. Zoss]*

PAUL A. ZOSS
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT