IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. CR79–3007-DEO-ALL** |
| | ) | |
| vs. | ) | |
| | ) | JOINT STATUS REPORT |
| KENNETH JAY STILL, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW defendant, Kenneth Jay Still, by and through his undersigned attorney, and for this Joint Status Report respectfully states that the undersigned discussed this with A.U.S.A. Janet L. Petersen and:

1. Defendant desires to pursue his motion to vacate under 28 U.S.C. §2255.

2. The government resists Defendant's motion and will be filing a supplemental pleading shortly.

          Respectfully submitted,

          BY:/s/ John P. Greer
          John P. Greer  00008287
          13 West Fourth Street
          P.O. Box 215
          Spencer, Iowa  51301-0215
          greerlaw@ncn.net
          (Telephone)(712) 262-1444
          (Telefax)(712) 262-1405
          Attorney for Defendant

**CERTIFICATE OF SERVICE**
I certify that on November 9, 2006, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Janet L. Petersen, U.S. Attorney's Office

By: s/Kathy Schwarting