IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

KENNETH JAY STILL,

   Defendant.

No. 79-CR-3007-DEO

ORDER

On November 9, 2006, a "Joint Status Report" (Docket No. 62) was filed which stated in part:

> 1. Defendant desires to pursue his motion to vacate under 28 U.S.C. §2255.
> 2. The government resists Defendant's motion and will be filing a supplemental pleading shortly.

To date, no supplemental pleading has been filed by the Government.

**IT IS THEREFORE HEREBY ORDERED** that the Government shall file a supplemental pleading and/or status report within ten (10) days from the date of this Order.

**IT IS SO ORDERED** this 31st day of May, 2007.

_Donald E. O'Brien_
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa